THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED 
 OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR. 
THE STATE OF SOUTH 
 CAROLINA
 In The Supreme Court
 
 
 
 
 Jodi Gomes, Respondent,
 
 
 

v.
 
 
 
 
 APAC-Georgia, Inc. and South 
 Carolina Department of Transportation, Defendants,
 of whom APAC-Georgia, Inc. 
 is the Appellant.
 
 
 

Appeal From Aiken County
  Rodney A. Peeples, Circuit 
 Court Judge

Memorandum Opinion No. 
 2004-MO-065
 Submitted October 26, 2004 
  Filed November 15, 2004

AFFIRMED

 
 
 
 
 Robert L. Widener, Celeste 
 T. Jones, and A. Victor Rawl, Jr., all of the McNair Law Firm, P.A., 
 of Columbia; and Peter P. Murnaghan, of Murnaghan & Ferguson, P.A., 
 of Tampa, Florida, for Appellant.
 Terry E. Richardson, Jr., 
 and Daniel S. Haltiwanger, both of Richardson, Patrick, Westbrook, & 
 Brickman, L.L.C., of Barnwell, for Respondent.
 
 
 

PER CURIAM:  Affirmed 
 pursuant to Rule 220(b)(1), SCACR, and the following authority: Dorrell v. 
 S.C. Dept of Transp., Op. No. 25875 (S.C. Sup. Ct. filed September 27, 
 2004) (Shearouse Adv. Sh. No. 37 at 25).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT 
 and PLEICONES, JJ., concur.